Robert B. Jobe ((Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 684-7293
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GURJIT KAUR, ET AL., | Case. No.: 2:14-CV-00339-LKK-DAD |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND ORDER TO RESET STATUS CONFERENCE DATE AND DATE FOR DEFENDANTS' ANSWER** |
| KEVIN C. MILAS, ET AL., | |
| Defendants. | |

This is an immigration case in which Plaintiffs challenge the failure of the U.S. Consulate in Frankfurt to issue Plaintiff Manjit Singh's immigrant visa. Plaintiffs filed their complaint on February 3, 2014, and Defendants' Answer is due on May 14, 2014. The Court scheduled an Initial Scheduling Conference for April 21, 2014 at 2:30 p.m.

In order to permit additional time for the possible resolution of this action, the parties now stipulate to reschedule Defendants' deadline to file the Answer to June 16, 2014. Likewise,

1

the parties stipulate to reset the Initial Scheduling Conference, now set for April 21, 2014, at 2:30 p.m.. to May 21, 2014 at 2:30 p.m.

Dated: April 15, 2014

                                              Respectfully submitted,

                                              LAW OFFICE OF ROBERT JOBE

/s/  *Robert B. Jobe*
Robert B. Jobe
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513 phone
federal@jobelaw.com
Attorney for Petitioner

/s/  *Audrey B. Hemesath*
Audrey B. Hemesath
Assistant United Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
(915) 554-2700
Audrey.Hemesath@usdoj.gov
Attorney for Defendants

## **ORDER**

Pursuant to this joint stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, Defendants' Answer is due on June 16, 2014 and that the Initial Scheduling Conference, now set for April 21, 2014, at 2:30 p.m.. is reset to June 30, 2014 at 10:00 a.m. Status reports are due 14 days preceding the status conference.

Date: April 15, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2