BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURJIT KAUR, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN MILAS, *et al.*, <br><br> Defendants. | Case No.: 2:14-cv-339 LKK DAD <br><br> **JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

This is an immigration case in which the parties have previously stipulated to one extension of time to attempt a resolution to this matter at the administrative level. That administrative process is still ongoing, and, accordingly, the parties now stipulate to a second extension of time, until August 16, 2014, in which to file the answer to the complaint.

Dated: June 9, 2014                                   Respectfully Submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      s/ Audrey B. Hemesath
                                                      AUDREY B. HEMESATH
                                                      Assistant United States Attorney

                                                      /s/ Sarah Castello
                                                      SARAH CASTELLO

1

Attorney for the Plaintiff

**Order**

The time for filing an answer to the complaint is extended to August 16, 2014.  The status conference, currently set for June 30, 2014, is reset to September 29, 2014 at 2:30 p.m.

Dated:  June 11, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2