BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| GURJIT KAUR, | ) | |
|---|---|---|
| | ) | Case No.: 2:14-cv-339 LKK DAD |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION AND ORDER** |
| v. | ) | **RE: ADDITIONAL EXTENSION OF** |
| | ) | **TIME** |
| KEVIN MILAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This is an immigration case in which the parties have previously stipulated to two extensions of time to attempt a resolution to this matter at the administrative level. That administrative process is now near completion, and is expected to be resolved within one additional extension period of 60 days. The parties therefore stipulate to extend the answer deadline to October 16, 2014.

1

Dated:  August 8, 2014               Respectfully Submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     s/ Audrey B. Hemesath
                                     AUDREY B. HEMESATH
                                     Assistant United States Attorney

                                     /s/ Sarah Castello
                                     SARAH CASTELLO
                                     Attorney for the Plaintiff

**Order**

The time for filing an answer to the complaint is extended to October 16, 2014.  The status conference, currently set for September 29, 2014, is reset to December 1, 2014 at 1:30 p.m.

Dated:  August 12, 2014.

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

2